NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1501

FLEXITEEK AMERICAS, INC.
and FLEXITEEK INTERNATIONAL AS,

Plaintiffs-Appellees,

v.

PLASDECK, INC. and
PLASTEAK, INC.,

Defendants-Appellants,

and

ANDRE BATISTA

Defendant.

Appeal from the United States District Court for the Southern District
of Florida in case no. 08-CV-60996, Judge James I. Cohn.

ON MOTION

ORDER

Flexiteek Americas, Inc. et al. (Flexiteek) move for an extension of time, until December 9, 2009, to file their brief. Counsel for Flexiteek submits a stipulation for substitution of counsel indicating that the name of counsel's law firm has changed.

The stipulation for substitution of counsel is unnecessary, provided that there is no change in the attorney representing Flexiteek. However, if counsel for Flexiteek has not already done so, counsel should submit a revised entry of appearance and certificate of interest promptly. See Fed. Cir. R. 47.3(c)(2) and 47.4(c).

Accordingly,

IT IS ORDERED THAT:

(1)    The motion for an extension of time is granted.

(2)    The stipulation for substitution of counsel is moot.

(3)    If counsel for Flexiteek has not already done so, counsel should submit a revised entry of appearance and certificate of interest promptly.

FOR THE COURT

DEC 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    S. Tracy Long, Esq.
       Bruce H. Wilson, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK

2009-1501                                            2